IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR KHALIL,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CALIFORNIA DEPARTMENT OF CORRECTIONS, a public entity, and DOES 1 through 100, inclusive,**<br><br>Defendant. | EDCV13-02087 SVW (SPx)<br><br>**PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**<br><br>Date:<br>Time:<br>Courtroom:  6<br>Judge:  Hon. Stephen V. Wilson<br>Trial Date:  October 14, 2014<br>Action Filed: November 13, 2013 |

Based upon the Stipulation Regarding Confidential Information entered into between Plaintiff Victor Khalil and Defendant State of California, California Department of Corrections and Rehabilitation and good cause appearing therefor, this Court hereby orders as follows:

The Stipulation Regarding Confidential Information, a true and correct copy of which is attached hereto as Exhibit 1, is incorporated herein as an order of this Court.

Dated: July 17, 2014

_____/s/_____
Sheri Pym
United States Magistrate Judge

1